UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Suzanne Pearce, M.D.,

Plaintiff,

vs.

The Paul Revere Life Insurance Company,

Defendant.

Court File No.01-665 PAM/RLE

ORDER

---

The Court having reviewed the Stipulation of counsel relative to a Confidentiality Order in the above-entitled matter, and have no objection, therefore,

IT IS HEREBY ORDERED that the attached Stipulation is adopted and approved by the Court, and the parties are hereby bound by it.

3/29/02
Date

Raymond L. Erickson
District Judge

FILED MAR 29 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(9)

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Suzanne Pearce, M.D.,

Plaintiff,

vs.

The Paul Revere Life Insurance Company,

Defendant.

Court File No.01-665 PAM/RLE

STIPULATION

It is hereby stipulated and agreed to by and between the parties herein, through their respective counsel, that The Paul Revere Life Insurance Company ("Company") shall produce to Plaintiff certain documents containing confidential information subject to the limitations set forth herein.

1. Plaintiff's counsel agrees that said information shall be used solely for the purpose of the above-entitled action.

2. The information disclosed to Plaintiff's counsel pursuant to this Agreement shall be stamped or otherwise identified as confidential and shall be disclosed, displayed, or revealed only to Plaintiff, Plaintiff's counsel of record in this case and support staff employees and agents of Plaintiff's counsel who Plaintiff's counsel, in good faith, believe require access to such information. Plaintiff's counsel will obtain the written agreement of any agent, to the terms of their stipulation, prior to sharing confidential information to such agent.

3. It is expressly understood that the documents or any information contained on said documents will not be disclosed to any other person or persons except as expressly described in paragraphs 2 and 3 above.

(8)

FILED MAR 29 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. Before the documents described herein or any information contained on those documents is disclosed to persons other than those described in paragraphs 2 and 3, Plaintiff's counsel must either have the written consent signed by counsel for Paul Revere, or a court order which expressly authorizes disclosure, but such disclosure shall be exclusively limited to the terms of the court's order.

5. All documents or copies of documents produced herein shall be made available for pickup and return for a period of sixty (60) days after the completion of this litigation. At the time documents are returned pursuant to this paragraph, Plaintiff's counsel will certify in writing that to the best of their knowledge, information and belief, no other copies of such documents exist.

6. The Court shall retain jurisdiction over the parties should any dispute arise in the future regarding the adherence to the terms and provisions of this Stipulation and the Court's Order entered in connection with said Stipulation.

7, The parties further agree to the entry of an Order incorporating this Stipulation as that Order is described and set forth below.

Dated: February 24, 2002.

STAPLETON, NOLAN, MacGREGOR
& THOMPSON

By ______________________
Mark M. Nolan #79418
Attorneys for Plaintiff
2300 Firstar Center
101 East Fifth Street
St. Paul, MN 551901
651-227-6661

KRASS MONROE, P.A.

By ______________________
John Harper, III, #41397
Attorneys for Defendant
Suite 1100 Southpoint Office Center
1650 West 82nd Street
Minneapolis, MN 55431-1447
952-885-5999

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
OFFICE OF THE CLERK

316 N. ROBERT ST., RM. 700
ST. PAUL, MN 55101

300 S. FOURTH ST., RM 202
MINNEAPOLIS, MN 55415

417 FEDERAL BLDG, 515 W. FIRST ST.
DULUTH, MN 55802

# Clerk's Notice In Re: Protective Order

---

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing **confidential original** documents with the Clerk of U.S. District Court. Failure to do so will cause the documents to be returned.

## *Guidelines for filing with the Clerk:*

A. Documents are to be **sealed** (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 *(LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 1/2 x 11 inch white paper...flat and unfolded. this rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)*

B. Each envelope must list the following information, and each document is to be in a separate envelope.

- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents.
- The word "**SEALED**" or "**CONFIDENTIAL**"

## ***Guidelines for filing with a U.S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U.S. District Judge or U.S. Magistrate Judge are to be marked accordingly and bound together as a set.