UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Susanne Pearce, M.D., Civ. File No. 01-665 (PAM/RLE)

Plaintiff,

v. **ORDER**

The Paul Revere Life Insurance Company,

Defendant.

---

This is an Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001 et seq., case arising out of Plaintiff's claim for residual disability benefits under an long-term disability policy issued through her previous employer. This matter is before the Court on cross-Motions for Summary Judgment. In their respective Motions, the parties dispute whether Plaintiff performed the important duties of her occupation on a full-time basis as defined by the policy. Unfortunately, the parties apparently do not agree about which policy applies to Plaintiff, but offer the Court no argument on the subject.

Based on the record and submissions currently before the Court, it is unclear which policy in the administrative record is applicable to Plaintiff. Without that information, the Court cannot rule on the pending Motions. Accordingly, **IT IS HEREBY ORDERED** that the parties submit simultaneous supplemental briefs of no more than ten pages each addressing this issue and the issue of whether Defendant has waived any argument that

JUN 2 6 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Plaintiff does not meet the definition of being residually disabled. These briefs shall be filed by July 10, 2002.

Dated: Jan 26, 2002

Paul A. Magnuson
United States District Court Judge