UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Susanne Pearce, M.D.,

Plaintiff,

v.

The Paul Revere Life Insurance Company,

Defendant.

---

Case No.: 01-665 PAM/RLE

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

The Parties stipulate, by and through their undersigned counsel, that the above-entitled action is hereby dismissed with prejudice, but without cost to either party. The Clerk of said Court, upon the filing of this Stipulation, is hereby authorized and directed to dismiss this action of record and to further dismiss any judgments in this case which have heretofore been held in abeyance.

Dated: 5/22/03

**STAPLETON, NOLAN, MACGREGOR & THOMSON**

Mark M. Nolan (#79418)
2300 Firstar Center
101 East Fifth Street
St. Paul, MN 55101
(651) 227-6661

Dated: May 14, 2003

**KRASS MONROE, P.A.**

C. John Jossart (#295048)
1100 Southpoint Office Center
1650 West 82nd Street
Bloomington, MN 55431
(952) 885-5999

FILED MAY 28 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**ORDER FOR DISMISSAL**

Pursuant to the Stipulation of the parties, it is hereby ordered that the above-entitled action is hereby dismissed with prejudice and without cost to either party. It is further ordered that the judgment in favor of Susanne Pearce, M.D. and against The Paul Revere Life Insurance Company that has been held in abeyance has been fully satisfied and is also dismissed with prejudice.

Dated: May 28, 2003

BY THE COURT:

[signature]

The Honorable Paul Magnuson

G:\WPDATA\U\UNUMPROVIDENT\033-PEARCE\PLD\STIP AND ORDER.DOC